AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JUAN LAMONT JOHNSON ) | Case No. 1:24-mj-2435 |
| ) | |
| *Defendant(s)* | |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

9:42 am, Oct 01 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2023 to September 2024__ in the county of __Anne Arundel__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 846 | Conspiracy to Distribute and Possess With Intent to Distribute Controlled Dangerous Substances |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

JOSHUA MEGLI
Digitally signed by JOSHUA MEGLI
Date: 2024.09.26 21:08:52 -04'00'

*Complainant's signature*

Josh Megli, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: September 30, 2024

*Judge's signature*

City and state: Baltimore, Maryland

Erin Aslan, U.S. Magistrate Judge
*Printed name and title*